UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   MICHAEL W. ROBERTS<br>   SHANNON D. ROBERTS<br><br>                        Debtors | CASE NO: 07-33722<br>       (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055559**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 40 | CINCINNATI DENTAL SERVICES<br>BOX 632943<br>CINCINNATI, OH  45263 | 24.91 |

/s/ Jeffrey M. Kellner
───────────────────────────
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/10/2011

Certificate of Service 07-33722

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MICHAEL W. ROBERTS
SHANNON D. ROBERTS
2521 SO. U.S. ST. RT. 42
LEBANON, OH  45036

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(40.1)
CINCINNATI DENTAL SERVICES
BOX 632943
CINCINNATI, OH  45263

(111.1n)
EMERSON KECK
318 W FOURTH
DAYTON, OH  45402

(108.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv